IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DEBORAH MCLEAN** | : CIVIL ACTION |
| | : |
| v. | : |
| | : NO. 15-671 |
| **ABINGTON MEMORIAL HOSPITAL** | : |

## ORDER

**AND NOW,** this 15th day of September 2015, upon consideration of Defendant's Motion for Summary Judgment (ECF Doc. No. 19), Plaintiff's Response (ECF Doc. No. 24) and Defendant's Reply (ECF Doc. No. 30), and for the reasons in the accompanying Memorandum, it is **ORDERED** Defendant's Motion (ECF Doc. No. 19) is **GRANTED** as there are no genuine issues of material fact and Plaintiff's claims for disability discrimination and failure to accommodate are **DISMISSED with prejudice.**

KEARNEY, J.